UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GUS HOREMIS, | ) | |
|     Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 08 C 603 |
| THOMAS BILLICK, COOK COUNTY ASSISTANT STATES ATTORNEY, JAMES KNIBBS, ASSISTANT COOK COUNTY STATES ATTORNEY, UNKNOWN ASSISTANT STATES ATTORNEYS OF COOK COUNTY, DETECTIVE GUILLERMO PEREZ # 497, DETECTIVE ROSENDO DEL REAL # 531, FRANK KAMINSKI, CHIEF OF POLICE Evanston Police Department, OFFICER SAM PETTINEO # 968 Evanston Police Department, OFFICER JAMES ELLIOTT City of Evanston Police Department, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Norgle<br><br>Magistrate Judge Ashman<br><br>Jury Demanded |
|     Defendants. | ) | |

## MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, GUS HOREMIS, by his attorneys, VINKLER LAW OFFICES, LTD., and pursuant to FRCP 41(a)(2) moves this Court for an order of dismissal without prejudice.

Respectfully submitted,

/s/ Jerome A. Vinkler
Attorney for Plaintiff, Gus Horemis

**VINKLER LAW OFFICES, LTD.**
7045 Veterans Blvd., A-2
Burr Ridge, IL 60527
(630) 655-9545
ARDC No.: 6195403

1